

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
## FORT WORTH

### NO. 2-08-382-CV

JAMES L. ROBERTSON                                          APPELLANT

V.

BEADLES, NEWMAN & LAWLER, P.C.                              APPELLEE

------------

### FROM THE 67TH DISTRICT COURT OF TARRANT COUNTY

------------

### MEMORANDUM OPINION[1]

------------

Appellant James L. Robertson attempts to appeal from an order imposing sanctions signed by the trial court on August 25, 2008. On November 14, 2008, we sent a letter to Appellant notifying him that we were concerned that this court may not have jurisdiction over his appeal because it appeared that the trial court had not signed a final judgment or other appealable order. *See* Tex.

---

[1] *See* Tex. R. App. P. 47.4.

R. App. P. 26.1(a), 27.1(a). Our letter indicated that the appeal would be dismissed for want of jurisdiction unless by November 24, 2008, Appellant or any party desiring to continue the appeal filed a response showing grounds for continuing the appeal. We have received no response.

Because there is no final judgment or appealable order, we dismiss this appeal for want of jurisdiction. *See* Tex. R. App. P. 42.3(a), 43.2(f).

PER CURIAM

PANEL: GARDNER, WALKER, and MCCOY, JJ.

DELIVERED: January 8, 2009